IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | No. Criminal No.3: 13-cr-00015 |
| vs. | |
| ANGELO PETER EFTHIMIATOS, | **PETITION FOR HEARING** |
| Defendant(s). | |

Pursuant to 21 USC 853(n), DANIEL J. KROPAS petitions the Court for a Hearing to determine the merits of his claim with respect to property subject to forfeiture in the above captioned matter.

On May 5, 2014, the Court issued a Preliminary Order of Forfeiture that included an aircraft identified as a 1980 Beech, Model C24R, fixed-wing, single engine aircraft with serial number MC-716 and tail number N6716T.

Mr. Kropas believes and asserts that he has a legal property claim in the forfeiture property in this case, in particular to the aircraft identified as a 1980 Beech, Model C24R, fixed-wing, single engine aircraft with serial number MC-716 and tail number N6716T, in the amount of Twenty Thousand dollars ($20,000.00 USD).

Attached to this Petition are the following documents in support of his claim:
1. Affidavit of Daniel J. Kropas
2. Affidavit of Keith Baker
3. Kropas Exhibits 1, 2 & 3

Respectfully Submitted,

By: */s/James F McLaughlin*    James F McLaughlin

Attorney for Daniel J. Kropas, Claimant
4 Lillinonah Ridge Dr
New Milford, CT  06776
Tel:  203.744.9515
Email: jfmctlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by: _____U.S. Mail Fax Hand Delivery     X ECF/Electronic filing;     ____Other means

The foregoing has been delivered by other means to:

| US Flight Aircraft Maintenance<br>c/o Bernard J Paquette<br>One Wallingford Road<br>Danbury CT 06810<br>Bernard J Paquette <usflightam@netzero.com> | Westconn Aviation LLC<br>c/o Chris Orifici<br>219 Spring Street<br>South Salem NY 10590<br>Chris Orifici <corifici@westconnaviation.com> |
|---|---|

By: */s/ James F McLaughlin*     James F McLaughlin
Attorney for Daniel J. Kropas