## AFFIDAVIT OF KEITH BAKER

I, Keith Baker of 44 Lakeside Drive, North Salem, NY 11560 personally witnessed Mr. Daniel Kropas pay Mr. Angelo Efthimiatos cash for a partnership in Beechcraft Sierra Airplane, tail number N6716T on two occassions. The first payment I witnessed was for $1,000 dollars in the last days of November 2012. The second payment I witnessed was for $11,500 on December 15, 2012. Mr. Angelo Efthimatos is my half-brother and we spoke often on a daily basis. On numerous occasions I discussed the partnership in the airplane with Mr. Efthimatos and Mr. Kropas separately. Although, I witnessed two payments, from discussions with Mr. Efthimatos and Mr. Kropas, I clearly understood that Mr. Kropas paid approximately $20,000 to Mr. Efthimatos. Being that I am both Mr. Efthimatos' half-brother, and Mr. Kropas' tenant, I had numerous discussions with both of them and the topic of the plane came up often as this was a discussion point that all three of us had in common. I know that Mr. Kropas was given keys the plane, flew the plane, and was paying hangar rent for the plane. Mr. Efthimatos regarded Mr. Kropas as his partner and co-owner of the plane. I have witnessed the plane and have flown in the plane (N6716T) and fully understand that the monies provided to Mr. Efthimiatos by Mr. Kropas were for ownership in N6716T.

_Keith Baker_
Keith Baker

## JURAT

State of Connecticut
County of Fairfield          ss. (Danbury)

Subscribed and sworn to before me this 28th day of May, 2014.

_JMY_
James F McLaughlin
Commissioner of the Superior Court