KROPAS EXHIBIT 1

Case Name:      USA v. Efthimiatos et al
Case Number:    3:13-cr-00015-SMR-HCA

## Cash Receipt

On this day, December *Dec 15*, 2012, I, Angelo Efthimiatos, 509 Birch Rd, Hubbardton, VT 05733, the co-owner of the below aircraft, received from Daniel Kropas, 13 Old Sib Rd, Ridgefield, CT 06877, the sum of Nineteen Thousand Five Hundred Dollars ($19,500.00 USD) in cash as a deposit on the following airplane as partial payment to be an ownership partner:

N number : N6716T

Serial Number : MC-716

Make, Model : Beech Aircraft Corp, C24R

_____          12-15-12
Angelo Efthimiatos, Seller              Date

_____          12-15-12
Daniel Kropas, Buyer                    Date

KROPAS EXHIBIT 2
Case Name:    USA v. Efthimiatos et al
Case Number:  3:13-cr-00015-SMR-HCA

50/50

HANGER        Every other - month.  -  $550.00

Maintance. Minor     50/50 split. -  Pilot or Mech. can work.

Maintance Major.     50/50 split. -

Accidents / make whole. or  ✓ up Policy Value ?

Insurances    ✓  on Policy Info.

Engine Times  -   ZERO.

Case Name:    USA v. Efthimiatos et al
Case Number:  3:13-cr-00015-SMR-HCA



Print a Copy    Clc

**ATM/Debit Card:** XXXX-XXXX-XXXX-8039

As of 04-21-2013 15:48 EDT

# SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Interest Checking: 1931 | 5101 | 12/26/2012 | $ 550.00 |







**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your

https://online.citibank.com/US/usba/ci/presentCheckImage.do

Page 1 of 2