3:13-CR-00015 #1

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:13-CR-00015 |
| DEFENDANT | TYPE OF PROCESS |
| Angelo Peter Efthimiatos | Sell forfeited property |

**SERVE** ➔ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Maureen McGuire  
United States Attorney's Office  
2nd Floor, Suite 286  
110 East Court Avenue  
Des Moines, IA 50309

Number of process to be served with this Form - 285  
Number of parties to be served in this case  
Check for service on U.S.A.

U.S. MARSHALS SERVICE Southern District of Iowa  
2014 SEP 10 AM 10:40 RECEIVED

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Sell 1980 Beech aircraft identified in final order of forfeiture in accordance with the law.  
(CATS #13-DEA-579236)

2014 SEP

| Signature of Attorney or other Originator requesting service on behalf of: | ■ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (515) 473-9354 | DATE 9-8-14 |
|---|---|---|---|
| Maureen McGuire | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 30 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk / Rita Mason | Date 9/10/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc.-shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|---|
| Address (complete only if different than shown above) | | Date of Service 10/22/14 | Time ___ am ___ pm |
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: On 10/22/14, the asset was sold.

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     **FORM USM-285 (Rev. 12/15/80)**

