**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:13-cr-00015-001 |
| DEFENDANT | TYPE OF PROCESS |
| Angelo Peter Efthimiatos | Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Angelo Peter Efthimiatos

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
370 Vermont Route 30, Sudbury, VT 05733

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Probation Office
United States Courthouse
131 East Fourth Street, Room 075
Davenport, IA 52801-1516

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Landlines: 802-623-6322 or 802-273-2579
Cell: 802-236-5172

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 515-284-6207
DATE: 12/13/17

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 30 | No. 82 | | 12/14/17 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
3710 Vermont Route 30 Sudbury VT 05733

Date: 1-2-2018  Time: 4:10 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| $130.00 | $34.24 | | $164.24 | | $0.00 |

REMARKS: 1-2-2018 1 DUSM Attempted Service 2 hr RT ($130.00) and 64 miles RT ($34.24)

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:13-cr-00015 |
| ANGELO PETER EFTHIMIATOES | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of Court

| Place: | U.S. Courthouse
131 E. 4th Street
Davenport, IA 52801 | Courtroom No.: 140 |
|---|---|---|
| | | Date and Time: 01/17/2018 10:00 am |

This offense is briefly described as follows:

Hearing on the Report of Violations. (See attached). The attached Summons orders you to appear before the United States District Court for the purpose of a hearing on the Report of Violations. At that time, you are required to be represented by an attorney and to have him/her present. If you cannot afford an attorney, please call the Clerk of Court's Office at (563) 224-7607.

Date: 12/07/2017

SUMMONS ISSUED

JOHN S. COURTER, Clerk

By: [signature]
DEPUTY CLERK
*Issuing officer's signature*

Brian Phillips, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: 1-2-2018

[signature]
*Server's signature*

Deputy U.S. Marshal Daniel Gaudio
*Printed name and title*

Case No. 3:13-cr-00015

This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* 12-20-2017.

☒ I personally served the summons on this defendant Angelo Efthimiocs at *(place)* 3710 Vermont Route 30 Sudbury VT 05733 on *(date)* 1-2-2018 ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 1-2-2018

Server's signature

Deputy U.S. Marshal Daniel Gaudio
Printed name and title

Remarks:

Print    Save As...    Reset