**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephanie M. Rose

Case No. 3:13-cr-00015-001 : Clerk's Court Minutes – Status Conference

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Angelo Peter Efthimiatos |

Plaintiff(s) Counsel: Clifford R. Cronk, III.

Defendant(s) Counsel: Andrea D. Mason

Court Reporter: Linda Egbers : Interpreter: N/A

| Motion(s) for Ruling: | Ruling / Ruling Reserved |
|---|---|
| | |

Proceedings:

Defendant present with counsel. Court begins the hearing on the allegations of the following violations of SR: (1) Failure to Abide by Employment Restriction (C); (2) Failure to Answer Truthfully to Inquiries by the Probation Office (C); (3) Failure to Abide by Travel Restrictions (C). Defendant stipulates to violations #2 and #3. Defendant denies violation #1. 11:48-11:50 Court conducts initial appearance. Defendant advised of constitutional rights. CJA panel attorney appointed to represent defendant. 11:51-12:16 Government calls Hope Batchelder-Roach; witness sworn; testifies. Parties make argument in regards to disposition. Defendant allocutes. SR Modified. Order to follow. Defendant remains released.

Time Start: 11:40 am

Time End: 12:35 pm

Date: January 17, 2018

/s./ K. Chrismer

Deputy Clerk