# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | * * * |
| vs. | * * Cr. No.: 3:13-cr-00015-001 * |
| **ANGELO PETER EFTHIMIATOS,** Defendant. | * * * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER OF THE COURT

On January 17, 2018, the offender appeared in Court with counsel. The defendant stipulated to all but one of the violations outlined in the report on offender under supervision.

Upon the foregoing,

**IT IS ORDERED:**

*In addition to all conditions previously ordered, you must maintain full-time, legitimate employment approved by the U.S. Probation Office and not be unemployed for a term of more than 30 days unless excused for schooling, training, or other acceptable reasons. Further, you must provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the U.S. Probation Officer. You must not terminate any employment without prior approval from the U.S. Probation Office. If separated from employment for any reason, you must notify the U.S. Probation Officer within 48 hours.*

**DATED** this 19th day of January, 2018.

_____
**STEPHANIE M. ROSE**
**U.S. DISTRICT JUDGE**
**SOUTHERN DISTRICT OF IOWA**