PROB 12C
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Petition for Warrant or Summons for Offender Under Supervision

---

**Name of Offender:** Angelo Peter Efthimiatos     **Case Number:** 3:13-cr-00015

**Name of Sentencing Judicial Officer:** Stephanie M. Rose, U.S. District Judge

**Date of Original Sentence:** June 19, 2014

**Original Offense:** 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846 - Conspiracy To Manufacture, Distribute and Possess with Intent to Distribute 50 Kilograms and More of Marijuana
21 U.S.C. §§ 841(a)(1), 841 (b)(1)(D) - Possession With Intent To Distribute Marijuana

**Original Sentence:** 57 months imprisonment; 36 months supervised release; $5,000.00 restitution

**Date Current Supervision Commenced:** April 7, 2017

**Prior Modification(s)/Revocation(s):** January 19, 2018 – maintain full-time, legitimate employment approved by the U.S. Probation Office

---

### PETITIONING THE COURT

☒ To issue a warrant.

☐ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. New Law Violation – Knowingly and Willingly Serving in any Capacity as an Airman Operating an Aircraft in Air Transportation without an Airman's Certificate | In April 2018, special agents with the United States Department of Justice Drug Enforcement Agency (DEA) obtained information that the offender was suspected of operating an airplane that had been traveling to and from Rutland Airport in Vermont. DEA agents further obtained information from the Federal Aviation Authority that the offender's pilot license was revoked in 2014. Based on this information, DEA agents utilized surveillance techniques at the Rutland Airport. On April 10, 2018, at approximately 12:15am, agents observed an aircraft, similar to the one the offender was known to operate, land at the Rutland Airport. Agents approached the operator of the aircraft and confirmed the identity as the offender. This unauthorized aircraft operation is defined in 49 U.S.C §46317. |
| 2. Leaving the Judicial District Without Authorization | During the above noted contact, DEA agents confirmed the offender operated the aircraft from Rutland, Vermont, to Nantucket, Massachusetts and back on April 9, 2018, and April 10, 2018. The offender did not have permission from the U.S. Probation Office for the District of Vermont to leave the Judicial District. |

U.S. v. Angelo Peter Efthimiatos (3:13-cr-00015)            Petition for Warrant or Summons – April 10, 2018

U.S. Probation Officer Recommendation:

The term of supervision should be

- ☒ revoked.
- ☐ extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 10, 2018

by: _Kristin J. Schrems_
Kristin J. Schrems
U.S. Probation Officer

The United States Attorney's Office:

- ☒ Does not object to the proposed action.
- ☐ Objects but does not request a formal hearing be set.
- ☐ Objects and will petition the Court requesting that a formal hearing be set.

_Clifford R. Cronk III_
Assistant United States Attorney

_Clifford R. Cronk III_
Signature

THE COURT ORDERS:

- ☐ No action.
- ☒ The issuance of a warrant.
- ☐ The issuance of a summons so a hearing can be held on _____ at _____.

_Stephen M. Rose_
Signature of Judicial Officer

4/12/18
Date