AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

RECEIVED
USMS S/IOWA
2018 APR 12 P 1:40

United States of America
v.

ANGELO PETER EFTHIMIATOS

*Defendant*

Case No. 3:13-cr-00015

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Angelo Peter Efthimiatos,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Supervised Release Violation (see petition).

Date: 04/12/2018

Issued by U.S. District Judge Stephanie M. Rose
*Issuing officer's signature*

WARRANT ISSUED
JOHN S. COURTER, Clerk
By: Deborah M. Hanghian
DEPUTY CLERK

City and state: Davenport, Iowa

### Return

This warrant was received on *(date)* 4/12/18, and the person was arrested on *(date)* 4/12/18
at *(city and state)* Rutland, VT.

Date: 4/12/18

*Arresting officer's signature*

SDUSM Sean M. O'Neal
*Printed name and title*