# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-3239
_____

In re: Angelo Peter Efthimiatos

Petitioner

------

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:13-cr-00015-SMR-1)

------

**JUDGMENT**

Before GRUENDER, BOWMAN and STRAS, Circuit Judges.

    Petition for writ of mandamus has been considered by the court and is denied. Mandate shall issue forthwith.

October 22, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans