# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-3239

In re: Angelo Peter Efthimiatos

Petitioner

___

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:13-cr-00015-SMR-1)

___

**MANDATE**

In accordance with the judgment of 10/22/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 22, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit