# EXHIBIT ONE

## Iowa Arrest Warrant

AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
USMS S/IOWA

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

2018 APR 12 P 1:40

| United States of America | ) |
|---|---|
| v. | ) Case No. 3:13-cr-00015 |
| ANGELO PETER EFTHIMIATOS | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Angelo Peter Efthimiatos who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Supervised Release Violation (see petition).

Date: 04/12/2018

Issued by U.S. District Judge Stephanie M. Rose
*Issuing officer's signature*

City and state: Davenport, Iowa

WARRANT ISSUED
JOHN S. COURTER, Clerk
By: Deborah W. Thompson
DEPUTY CLERK

### Return

This warrant was received on *(date)* 4/12/18, and the person was arrested on *(date)* 4/12/18
at *(city and state)* Rutland, VT.

Date: 4/12/18

*Arresting officer's signature*

SDUSM1 Sean M. O'Neal
*Printed name and title*

# EXHIBIT TWO

## Vermont Criminal Complaint

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 APR 10 AM 10: 23

CLERK

BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Angelo Peter Efthimiatos | ) | Case No. |
| | ) | 2:18-mj-38 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 9-10, 2018___ in the county of ___Rutland___ in the
_____ District of ___Vermont___, the defendant(s) violated:

*Code Section*                    *Offense Description*

49 USC 46317            knowingly and willfully serving in any capacity as an airman operating an aircraft in air transportation without an airman's certificate authorizing him to serve in that capacity, to wit, serving as the pilot of a Piper Aircraft, tail number N4563F, without a certificating authorizing him to serve as the pilot of such plane.

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA Special Agent Brandon Hope
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___04/10/2018___

_____
*Judge's signature*

City and state: ___Burlington, Vermont___    Hon. John M. Conroy, U.S. Magistrate Judge
*Printed name and title*

# EXHIBIT THREE

## FAA Report on License



**Federal Aviation Administration**

Federal Aviation Administration

U.S Department of Transportation
Federal Aviation Administration
Airman Details Report

**Personal Information:**
ANGELO PETER EFTHIMIATOS

98 PEACH HILL RD
NORTH SALEM NY 10560-1324
County: WESTCHESTER
Country: USA

**Medical Information:**
Medical Class: First  Medical Date: 5/2011
BasicMed Course Date: None  BasicMed CMEC Date: None

**Certificate Information:**
Certificate: AIRLINE TRANSPORT PILOT

For further information, you may contact the Airmen Certification Branch at toll free (866) 878-2498.

# EXHIBIT FOUR

## Vermont Indictment

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 APR 26 PM 2: 52

CLERK
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
) NO. 2:18-cr-49-1
v. )
) (49 U.S.C. § 46306)
ANGELO EFTHIMIATOS )

### INDICTMENT

The Grand Jury charges:

### COUNT 1

1. At all times relevant to the indictment:

    a. The Federal Aviation Administration ("FAA"), an agency of the United States Department of Transportation, was responsible for the safety of all persons occupying and operating domestic aircraft. This agency was further responsible for certifying and regulating the pilots of civil aircraft. The FAA discharged this responsibility by issuing regulations that, among other things, determine the qualifications of domestic pilots. Specifically in order to lawfully pilot a civil aircraft, an individual must obtain an FAA Pilot Certificate.

    b. On or about July 1, 2014, the FAA revoked ANGELO EFTHIMIATOS's pilot certificate, number 3212215. The revocation order advised ANGELO EFTHIMIATOS that no future application for an airman's certificate would be accepted by the FAA and that his certificate was revoked for life.

    c. Between in or about January 2018 and in or about March 2018, on at least four separate occasions, ANGELO ETHIMIATOS purchased fuel for aircraft in preparation for flight or after landing at the Rutland-Southern Vermont Regional Airport (RUT) in North

Clarendon, Vermont. The fuel purchases included purchases for a Piper aircraft with tail number N4563F.

  d. In the Spring of 2018, N4563F made multiple trips of short duration, often traveling late at night between small airports like Newport State Airport in Rhode Island (UUU), Nantucket Airport in Nantucket, MA (ACK) and Rutland-Southern Vermont Regional Airport (RUT) after those airports had closed. ANGELO EFTHIMIATOS acted as a pilot for at least some of these trips.

  2. Between on or about April 9, 2018 and on or about April 10, 2018, in the District of Vermont and elsewhere, the defendant ANGELO EFTHIMIATOS knowingly and willfully served in any capacity as an airman without an airman's certificate authorizing him to serve in that capacity, in that he piloted N4563F from Nantucket, MA (ACK) to North Clarendon, Vermont (RUT).

(49 U.S.C. §46306(b)(7))

A TRUE BILL

FOREPERSON

*Christina Nolan by EAPC*
CHRISTINA E. NOLAN (EAPO)
United States Attorney
Burlington, Vermont
April 26, 2018

2