IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 3:13-cr-0015-JAJ |
| vs. | |
| ANGELO PETER EFTHIMIATOS, | **ORDER** |
| Defendant. | |

This matter comes before the court pursuant to the defendant's December 12, 2018 Emergency Petition for Declaratory Judgment and Injunctive Relief. [Dkt. 311] There is no authority for the chief judge to review the orders of another district judge as requested by the defendant.

Upon the foregoing,

**IT IS ORDERED** that defendant's December 12, 2018 Emergency Petition for Declaratory Judgment and Injunctive Relief [Dkt. 311] is denied.

**DATED** this 14th day of January, 2019.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA