UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
AT DAVENPORT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 3:13-cr-15 |
| vs. | ) |
| ANGELO PETER EFTHIMIATOS, | ) **APPEARANCE** |
| Defendant. | ) |

COMES NOW, Andrea D. Mason of Keegan, Tindal, & Mason, and enters her appearance on behalf of Defendant Angelo Peter Efthimiatos.

Respectfully submitted,

*/s/ Andrea D. Mason*
Andrea D. Mason
Keegan, Tindal, and Mason
2322 E. Kimberly Rd., Ste. 100E
Davenport, IA 52807
Telephone: (319) 887-6900
Facsimile: (319) 688-2754
Email: andrea@keeganlegal.com

**ATTORNEYS FOR DEFENDANT
ANGELO PETER EFTHIMIATOS**

Certificate of Service

The undersigned certifies that the foregoing instrument was electronically filed on January 25, 2019, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

*/s/ Andrea D. Mason*