PROB 12C Addendum
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
# SOUTHERN DISTRICT OF IOWA

## Addendum to the Petition for Warrant or Summons for Offender Under Supervision

---

**Name of Offender:** Angelo Peter Efthimiatos      **Case Number:** 3:13-cr-00015

**Name of Sentencing Judicial Officer:** Stephanie M. Rose, U.S. District Judge

**Date of Original Sentence:** June 19, 2014

**Original Offense:** 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846 - Conspiracy To Manufacture, Distribute, and Possess with Intent to Distribute 50 Kilograms and More of Marijuana
21 U.S.C. §§ 841(a)(1), 841(b)(1)(D) - Possession With Intent To Distribute Marijuana

**Original Sentence:** 57 months imprisonment, 36 months supervised release; $5,000.00 restitution

**Date Original Supervision Commenced:** April 7, 2017

**Date Current Supervision Commenced:** April 7, 2017

**Prior Modification(s)/Revocation(s):** January 19, 2018 – Maintain full-time, legitimate employment approved by the U.S. Probation Office

---

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. New Law Violation – Knowingly and Willingly Serving in any Capacity as an Airman Operating an Aircraft in Air Transportation without an Airman's Certificate | On April 10, 2018, the United States Department of Justice Drug Enforcement Agency (DEA) was conducting surveillance on the offender after receiving information he may be utilizing an airplane to smuggle illegal substances. Agents arrested the offender after observing him operate an airplane at the Rutland Airport in Vermont. The DEA agents confirmed the offender's pilot license was revoked in 2014. Agents searched the airplane; however, they did not locate any contraband. This unauthorized aircraft operation is defined in 49 U.S.C. § 46317.<br><br>In December 2018, the offender was found guilty by a jury of his peers and convicted of the above noted federal law violation. This case is pending sentencing in the United States District Court for the District of Vermont. The offender has been in custody since April 10, 2018. |
| 2. Leaving the Judicial District without authorization | During the above noted contact, DEA agents confirmed the offender operated the aircraft from Rutland, Vermont, to Nantucket, Massachusetts and back on April 9, 2018, and April 10, 2018. The offender did not have permission from the U.S. Probation Office for the District of Vermont to leave the Judicial District. |
| 3. Failure to obtain and maintain legitimate employment | On January 19, 2018, the offender reported to a modification hearing in the Southern District of Iowa to address noncompliance with maintaining legitimate employment. His conditions were modified to require he maintain full-time, legitimate employment |

approved by the U.S. Probation Office. According to the U.S. Probation Office for the District of Vermont, the offender failed to obtain legitimate employment, despite being directed to do so on numerous occasions. He has been formally unemployed since January 2018.

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked.

☐ extended for ... years, for a total term of ... years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 31, 2019

by: *Kristin J. Schrems*
Kristin J. Schrems
U.S. Probation Officer

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

*Clifford R. Cronk III*
Assistant United States Attorney

*Clifford R. Cronk III*
Signature

A WARRANT FOR THE OFFENDER'S ARREST WAS PREVIOUSLY REQUESTED; THUS, NO ADDITIONAL ORDER IS REQUESTED.

PLEASE FILE FOR USE IN THE OFFENDER'S REVOCATION HEARING.