AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Iowa

| United States of America | ) |
|---|---|
| v. | ) Case No. 3:13-cr-00015 |
| ANGELO PETER EFTHIMIATOS | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Angelo Peter Efthimiatos ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Supervised Release Violation (see petition).

Date:   04/12/2018

Issued by U.S. District Judge Stephanie M. Rose
*Issuing officer's signature*

City and state:   Davenport, Iowa

WARRANT ISSUED
JOHN S. COURTER, Clerk
By: Deborah W. Hughian
DEPUTY CLERK

### Return

This warrant was received on *(date)* 4/12/18, and the person was arrested on *(date)* 4/12/18
at *(city and state)* D/ Vermont .

Date: 1/25/19

*Arresting officer's signature*

SDUSM Sean M. O'Neal
*Printed name and title*