IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:13-cr-15 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | GOVERNMENT'S |
| | ) | RECOMMENDATION UPON |
| ANGELO EFTHIMIATOS, | ) | REVOCATION OF SUPERVISED |
| | ) | RELEASE |
| Defendant. | ) | |

The United States of America, in the Southern District of Iowa, by and through the United States Attorney for the Southern District of Iowa and his Assistant United States Attorney Clifford R. Cronk III makes the following statements to the Court concerning the violation of Defendant's supervised release and its recommendation to the Court concerning the appropriate disposition:

The Government recommends the defendant be sentenced to 2 years incarceration with no supervision to follow.   The Government would like to point out:

1. This is a serious case involving the use of special skill by Efthimiatos to fly loads of marijuana from California to the east coast.

2. The defendant has a criminal history that includes various offenses including crimes involving of fraud and deception.   The defendant has been deceptive since his arrest in this case and while on supervised release.

3. The defendant ignored the Court's admonition to obtain lawful, regular, non-self employment.   This was part of the Court's admonition when sentence was originally imposed and again in January of 2018.   In January, the Court directed the defendant to obtain employment where

he was to report to work on a regular schedule, account for his hours, and have a supervisor.

4. The defendant has been convicted of another felony involving an airplane. He traveled freely about the country without regard for the illegality of the conduct or the conditions of supervision prohibiting the conduct.   He blatantly disobeyed the Court's orders. He is an intelligent person with the ability to work and follow the Court's rules and directions. He simply has refused to do so without excuse.

5. The defendant has been in custody since his arrest in April of 2018 and it is likely he will get credit in this case for all of his pre-trial detention.

6. Though the Government may ask for a consecutive sentence in Vermont, there is no guarantee that the district court there will impose a consecutive sentence.   A term of supervised release in the Vermont case is required.

7. A two-year sentence is not greater than necessary to satisfy the essential sentencing considerations found at 18 U.S.C. § 3553(a) and the policy statements in Chapter Seven of the Federal Sentencing Guidelines. It affords just punishment, promotes respect for the law, and will protect the public at least while the defendant is in custody.   It will probably not deter the defendant but it may deter others.

WHEREFORE, the United States respectfully requests that this court sentence the defendant to two-years in the Federal Bureau of Prisons with no further supervised release in this case.

Respectfully Submitted,

Marc Krickbaum
United States Attorney


By:   /s/ *Clifford R. Cronk III*
Clifford R. Cronk III
Assistant United States Attorney
United States Court House
131 East 4th Street, Suite 310
Davenport, IA   61201
Tel: (563) 449-5432
Email: cliff.cronk@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2019, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.   I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

_____U.S. Mail _____ Fax _____Hand Delivery
___X____ECF/Electronic filing _____Other means


## UNITED STATES ATTORNEY

By: /s/ _____
        Clifford R. Cronk III
        Assistant U. S. Attorney

3