# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Angelo Peter Efthimiatos | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: 3:13-cr-00015-001<br><br>USM Number: 13900-030<br><br>Andrea D. Mason<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of conditions(s)  1, 2 and 3  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | New Law Violation - Knowingly and Willingly Serving in any Capacity as an Airman Operating an Aircraft in Air Transportation without an Airman's Certificate | 4/10/2018 |
| 2. | Leaving the Judicial District without Authorization | 4/10/2018 |
| 3. | Failure to Obtain and Maintain Legitimate Employment | 4/10/2018 |

☐ See additional violation(s) on page 2

The defendant is sentenced as provided in pages  2  through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  6433

Defendant's Year of Birth:  1969

City and State of Defendant's Residence:
Sudbury, Vermont

February 27, 2019
Date of Imposition of Judgment

*Stephen M. Rose* (signature)
Signature of Judge

Stephanie M. Rose, U.S. District Judge
Name of Judge                    Title of Judge

February 27, 2019
Date

DEFENDANT: Angelo Peter Efthimiatos
CASE NUMBER: 3:13-cr-00015-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

18 months with credit for time served.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before          on _____

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Angelo Peter Efthimiatos
CASE NUMBER: 3:13-cr-00015-001

Judgment Page: 3 of 3

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :
No term of supervised release to follow.